STATE OF OREGON, *Respondent,*
*v.*
HENRY JAMES ELISALDA, *Appellant.*
(CA 7872)

IT IS HEREBY ORDERED that the Petition for Review be allowed. The decision of the Court of Appeals (30 Or App 193, July 18, 1977) is vacated, and this case is remanded to the Court of Appeals for reconsideration in light of *Brown v. Multnomah County Dist. Ct.,* 280 Or 95 (October 12, 1977).